IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN OLIVER,
*A minor*, and

SHEILA OLIVER,
*Parent and Next Friend*                      PLAINTIFFS

v.                                            CASE NO. 1:16cv211-GHD-DAS

STATE FARM INSURANCE COMPANY           DEFENDANT

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This 8th day of February, 2017.

_____
Senior United States District Judge