IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN OLIVER, a Minor, and
SHEILA OLIVER, Parent and
Next Friend                                           PLAINTIFFS

VS.                             CIVIL ACTION NO.: 1:16-CV-211-GHD-DAS

STATE FARM INSURANCE COMPANY
and JOHN DOES 1-50                                            DEFENDANTS

**AGREED ORDER OF DISMISSAL**

UPON consideration of the parties' Joint Motion and as the parties have reached an amicable resolution to their dispute, it is hereby ORDERED that plaintiffs' complaint, and all its claims, is hereby DISMISSED with PREJUDICE.

Each party to bear their own costs.

SO ORDERED and ADJUDGED, this the 30th day of March, 2017.

_____
SENIOR U.S. DISTRICT COURT JUDGE

AGREED AS TO FORM:


*/s/ Gregory W. Harbison*
GREGORY W. HARBISON, MSB #10198
Attorney for Plaintiffs


*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant State Farm Mutual
Automobile Insurance Company